IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2019 SEP 11 P 3: 54

DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) CR. NO. 2:19cr353-ALB-SMD |
| | ) [18 U.S.C. § 922(g)(1); |
| LEGESTIN RICHARDS | ) 21 U.S.C. § 841(a)(1); |
| | ) 18 U.S.C. § 924(c)(1)(A); |
| | ) 26 U.S.C. § 5841; |
| | ) 26 U.S.C. § 5861(d); |
| | ) 26 U.S.C. § 5871] |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

COUNT 1
(Possession of a Firearm by a Prohibited Person)

On or about March 2, 2018, in Montgomery County, within the Middle District of Alabama, the defendant,

LEGESTIN RICHARDS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: an I.O. Inc., model M214 Nano, 7.62 caliber handgun; a Jeff's Shooter Supply, model JSS15-A3, 5.56 caliber handgun; a Beretta, model PX4 Storm, 9mm caliber handgun; a Cobra/Kodiak, model CA380, .380 caliber handgun; a HS Produkt, model XD40, .40 caliber handgun; and live ammunition, and the firearm and ammunition were in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
(Violation of Controlled Substances Act)

On or about March 2, 2018, in Montgomery County, within the Middle District of Alabama, the defendant,

LEGESTIN RICHARDS,

did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3
(Violation of Controlled Substances Act)

On or about March 2, 2018, in Montgomery County, within the Middle District of Alabama, the defendant,

LEGESTIN RICHARDS,

did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 2, 2018, in Montgomery County, within the Middle District of Alabama, the defendant,

LEGESTIN RICHARDS,

did knowingly use and carry a firearm, during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a controlled substance, as set out and

incorporated herein by reference from Counts 2 and 3 of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5
(Possession of Unregistered Firearm)

On or about March 2, 2018, in Montgomery County, within the Middle District of Alabama, the defendant,

LEGESTIN RICHARDS,

knowingly possessed a firearm, to wit: an I.O. Inc., model M214 Nano, 7.62 caliber handgun with a vertical foregrip, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION–1

A. The allegations contained in Counts 1 and 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A) set forth in Counts 1 and 4 of this Indictment, the defendant,

LEGESTIN RICHARDS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A). The property includes, but is not limited to, an I.O. Inc., model M214 Nano, 7.62mm handgun; a Jeff's Shooter Supply, model JSS15-A3, 5.56mm handgun; a Cobra/Kodiak, model CA380, .380 caliber handgun; a HS Produkt, model XD40, .40 caliber handgun; and live ammunition.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

## FORFEITURE ALLEGATION–2

A. The allegations contained in Counts 2 and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B. Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1) set forth in Counts 2 and 3 of this Indictment, the defendant,

LEGESTIN RICHARDS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Section 841(a)(1). The property includes, but is not limited to, The property

4

includes, but is not limited to, an I.O. Inc., model M214 Nano, 7.62mm handgun; a Jeff's Shooter Supply, model JSS15-A3, 5.56mm handgun; a Cobra/Kodiak, model CA380, .380 caliber handgun; a HS Produkt, model XD40, .40 caliber handgun; and live ammunition.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION-3

A. The allegations contained in Count 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offenses in violation of Title 26, United States Code, Section 5861(c) set forth in Count 5 of this Indictment, the defendant,

LEGESTIN RICHARDS,

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the

offenses in violation of Title 26, United States Code, Sections 5861(d). The property includes, but is not limited to, an I.O. Inc., model M214 Nano, 7.62mm handgun.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Kevin P. Davidson
Assistant United States Attorney

_____
R. Randolph Neeley
Assistant United States Attorney