IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:19-cr-353-ALB |
| | ) | |
| LEGESTIN RICHARDS | ) | |

### GOVERNMENT'S MOTION TO DISMISS DEFENDANT'S MOTION TO SUPPRESS AND TO CANCEL EVIDENTIARY HEARING

The United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and the undersigned Assistant United States Attorney, hereby files this memorandum in support of the Government's Motion to Dismiss Defendant's Motion to Suppress and to Cancel Evidentiary Hearing.

Defendant has alleged that the Government improperly obtained a Facebook search warrant on October 31, 2019. While the Government does not concede that the warrant was improperly obtained, in an effort to conserve time and resources the Government will concede that it will not use any of the evidence obtained due to the issuance and execution of any Facebook search warrant in its case against Defendant at trial. As such, Defendant's motion to suppress is moot.

For the foregoing reasons, the Government requests that the Court grant the Government's motion to dismiss Defendant's motion to suppress and that the Court cancel the March 11, 2020 hearing on this issue.

Respectfully submitted this the 6th day of March, 2020.

                                  LOUIS V. FRANKLIN, SR.
                                  UNITED STATES ATTORNEY

                                */s/ Kevin P. Davidson*
                                KEVIN P. DAVIDSON
                                Assistant United States Attorney
                                131 Clayton Street
                                Montgomery, AL 36104
                                Phone: 334-223-7280
                                E-mail: kevin.p.davidson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:19-cr-353-ALB |
| | ) | |
| LEGESTIN RICHARDS | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 Respectfully submitted,

                                                 */s/ Kevin P. Davidson*
                                                 KEVIN P. DAVIDSON
                                                 Assistant United States Attorney
                                                 131 Clayton Street
                                                 Montgomery, AL 36104
                                                 Phone: 334-223-7280
                                                 Fax: 334-223-7135
                                                 E-mail: kevin.p.davidson@usdoj.gov