AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) |
| v. | ) |
| Legestin Richards | ) Case No: 2:19cr353-RAH-1 |
| | ) USM No: 17961-002 |
| Date of Original Judgment: 02/23/2021 | ) |
| Date of Previous Amended Judgment: | ) Jon Carlton Taylor |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   138   months **is reduced to**   120  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This sentence consists of 120 months on each count to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated   02/23/2021   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/26/2024

*Judge's signature*

Effective Date:   02/01/2024
*(if different from order date)*

R. Austin Huffaker, Jr., United States District Court Judge
*Printed name and title*