Case 2:19-cr-00353-RAH-JTA   Document 183   Filed 04/24/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Legestin Richards | )<br>)<br>)<br>) Case No: 2:19cr353-RAH-1<br>) USM No: 17961-002 |
| Date of Original Judgment: 02/23/2021<br>Date of Previous Amended Judgment: 01/26/2024<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Jon Carlton Taylor<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

On January 26, 2024, this Court granted a reduction under Part A of Amendment 821 from a sentence of 136 months custody to a sentence of 120 months (Doc. 178). The issues presented in defendant's pro se motion (Doc. 180) were considered by the panel when it recommended a reduced sentence of 120 months. The amended sentence is proportional to the sentence imposed pursuant to the original guideline range.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/24/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*